MISSOURI, KANSAS & EASTERN RAILWAY COMPANY,
Respondent, v. MARY WATSON, Appellant; MIS-
SOURI, KANSAS & EASTERN RAILWAY COMPANY,
Respondent, v. BERNARD HOLSCHLAG, Appellant;
MISSOURI, KANSAS & EASTERN RAILWAY COMPANY,
Respondent, v. BERNARD HEYING, Appellant;
MISSOURI, KANSAS & EASTERN RAILWAY COMPANY,
Respondent, v. ADAM HOERETH, Appellant.

St. Louis Court of Appeals, January 10, 1896.

Jurisdiction, Appellate: AMOUNT INVOLVED. When an appeal is
taken from an injunction restraining the collection of a judgment, and
the debt due on such judgment amounts at the time of such injunction
to over $2,500, the supreme court has jurisdiction of the appeal.

Appeal from the Montgomery Circuit Court.—HON.
E. M. HUGHES, Judge.

TRANSFERRED TO SUPREME COURT.

Emil Rosenberger and J. D. Barnett for appellants.

George P. B. Jackson for respondent.

ROMBAUER, P. J.—The facts in these four cases
are identical. In each the defendant herein obtained a
judgment against the plaintiff herein on the twenty-
fifth day of February, 1893, for $2,000 damages and
$50 monthly rents. In each the plaintiff herein ob-
tained a final decree of injunction on the twentieth day
of December, 1894, restraining the collection of the
judgments thus obtained. At the date of these decrees
there was due on each of the judgments an amount

exceeding $2,500. It thus clearly appears that the supreme court has exclusive jurisdiction of these appeals, as the amount in dispute at the date of the judgment was beyond the limit of the jurisdiction of this court.

It is ordered that the clerk do at once transmit all the papers in the foregoing cases to the supreme court, accompanied with a certified copy of this order of transfer. All the judges concur.